USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/26/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
:
LIVIUS C. VESA,                                                  :
:
        Plaintiff,      :  1:19-cv-07661-GHW
:
    -v -                                     :  ORDER
:
NYC HUMAN RESOURCES                                              :
ADMINISTRATION (NYC-HRA), DIRECTOR                               :
AMY WEISWASSER, AND SUPERVISOR                                   :
JESSICA K. RUSSELL,                                              :
:
        Defendants.     :
:
---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

  On December 12, 2019, Plaintiff filed an Amended Complaint and a document titled "Memorandum in Support of the Amended Complaint and in Opposition to Defendants' Motion to Dismiss." Dkt. No. 27. Because Plaintiff filed an Amended Complaint in response to Defendants' motion to dismiss, Dkt. No. 15, Defendants' motion is denied as moot.

  Plaintiff has also filed a motion seeking leave to file a second amended complaint naming Laura Parker, Gail Whiteman, and Daniel P. Korenstein as defendants. Dkt. No. 30. That application is granted. Plaintiff is directed to file his second amended complaint adding those individuals as defendants by no later than January 17, 2020. Defendants NYC Human Resources Administration, Amy Weiswasser, and Jessica K. Russell are directed to answer or otherwise respond to Plaintiff's second amended complaint within the time frame set for in Fed. R. Civ. P. 15(a)(3).

  The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 15 and 30.

  SO ORDERED.

Dated: December 26, 2019
    New York, New York

                  _____
                  GREGORY H. WOODS
                 United States District Judge