```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LIVIUS C. VESA,                                             :
                  Plaintiff,
                                                            :       **ORDER**
         -against-
                                                            :       19-CV-7661 (GHW) (KNF)
NYC HUMAN RESOURCES
ADMINISTRATION (NYC-HRA), et al.,                           :

                  Defendants.                               :
------------------------------------------------------------X
```
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED that the settlement conference scheduled previously for May 7, 2020, at 10:30 a.m., shall be held by telephone. The parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532. The parties are also directed to review and comply with the undersigned's Procedures Applicable to Cases Referred for Settlement, which may be found on the Court's website. As set forth in the procedures, no later than 2 days before the conference, the parties must provide Judge Fox: (1) a pre-conference letter; and (2) a completed attendance form, **except that these submissions shall be made via e-mail to:** laura_midwood@nysd.uscourts.gov. Additionally, at least seven days prior to the settlement conference, the parties must confer to engage in good-faith settlement negotiations. Should the parties resolve the litigation prior to the conference date, they must notify the undersigned, in writing.

**The Clerk of Court is directed to mail a copy of this order to the Plaintiff.**

Dated: New York, New York          SO ORDERED:
       April 30, 2020

                                   _____
                                   KEVIN NATHANIEL FOX
                                   UNITED STATES MAGISTRATE JUDGE